# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | 4:19-cr-62 |
| v. | ) | |
| | ) | |
| CONSTANCE K. CHANCEY | ) | |

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Georgia hereby dismisses, without prejudice, defendant **CONSTANCE K. CHANCEY**, from the information herein, said dismissal being in the interests of justice.

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

*/s/ Katelyn Semales*

Special Assistant United States Attorney
NH Bar Number 268469

Leave of court is grated for the filing of the foregoing dismissal, without prejudice, from Information number 4:19-cr-62.

So ORDERED, this 29th day of August, 2019.

HON. CHRISTOPHER L. RAY